In the Matter of the Claim of SAMUEL ECKSTEIN, Respondent, against LOEW'S, INC., et al., Appellants, and SPECIAL FUNDS CONSERVATION COMMITTEE et al., Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. All concur. [See 268 App. Div. 1073.]